UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HODA ABDI ALI,<br><br>      Plaintiff,<br><br> v.<br><br>NATIONAL VISA CENTER, et al.,<br><br>      Defendants. | Case No. C23-1675-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

  Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk is directed to send a copy of this Order to the parties and to the assigned District Judge.

  Dated this 6th day of November, 2023.

                   *S. Kate Vaughan*
                   S. KATE VAUGHAN
                   United States Magistrate Judge